FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 1 0 2005

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Cause No. 4:05CR 35 |
| | § | Judge Brown |
| JON ADAM STANLEY | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 21 U.S.C. § 841(a)(1)
(Possession of a controlled substance with intent to distribute)

On or about July 10, 2004, in the Eastern District of Texas, the Defendant, JON ADAM STANLEY, did knowingly possess with intent to distribute Gamma Hydroxybutyrate (GHB), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

Violation: 18 U.S.C. § 924(c)(1)
(Possession of a Firearm in Furtherance of a
Drug Trafficking Crime)

On or about July 10, 2004, in the Eastern District of Texas, the Defendant, JON ADAM STANLEY, did knowingly possess a firearm, namely a Glock, Model 19, 9mm caliber semiautomatic pistol bearing serial number CGR070US in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute Gamma Hydroxybutyrate (GHB), a Schedule I controlled substance, a violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Section 924(c)(1).

COUNT THREE

<u>Violation:</u> 18 U.S.C. § 922(g)(3)
(Unlawful user of Controlled Substance in possession of a firearm)

On or about July 10, 2004, in the Eastern District of Texas, the Defendant, JON ADAM STANLEY, an unlawful user of a controlled substance, did knowingly possess a firearm namely, a Glock, Model 19, 9mm caliber semiautomatic pistol bearing serial number CGR070US, which had been shipped and transported in interstate and foreign commerce in violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL,

_____
FOREMAN OF THE GRAND JURY

MATTHEW ORWIG
UNITED STATES ATTORNEY

_____
JOHN L. RATCLIFFE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | Cause No. 4:04CR_____ |
| | § | Judge |
| JON ADAM STANLEY | § § | |

## NOTICE OF PENALTY

### COUNT 1

Violation:        21 U.S.C. §841(a)(1)

Penalty:         Imprisonment of not more than twenty (20) years a fine of not more than $1,000,000 or both and a term of supervised release between three (3) years and six (6) years.

Special Assessment:   $100.00

### COUNT 2

Violation:        18 U.S.C. §924(c)(1)

Penalty:         Imprisonment for not less than five (5) years, a fine not to exceed $250,000, or both. A term of supervised release of up to three (3) years

Special Assessment:   $100.00

### COUNT 3

Violation:        18 U.S.C. §922(g)(3)

Penalty:         Imprisonment for not more than ten (10) years, a fine not to exceed $250,000, or both. A term of supervised release of up to three (3) years.

Special Assessment:   $100.00