IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Cause No.   4:05CR35 |
| V. § | Judge Brown |
| § | |
| JON ADAM STANLEY § | |

## ELEMENTS OF THE OFFENSE

TO THE HONORABLE PRESIDING UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS:

With respect to Count Two of the Indictment:

Title 18, United States Code, Section 924(c) makes it a crime for anyone to use a firearm during and in relation to a drug trafficking crime or to possess a firearm in furtherance of a drug trafficking crime.  The following are the elements of the offense that the government must prove beyond a reasonable doubt before you could be convicted:

*First*:  That the defendant knowingly possessed a controlled substance;

*Second*:  That the controlled substance was in fact Gamma Hydroxybutyrate (GHB), a Schedule I controlled substance;

*Third:*  That the defendant possessed the substance with intent to distribute it; and

*Fourth:*  That the defendant knowingly possessed a firearm, namely, a Glock, Model 19, 9mm semi-automatic handgun, Serial No. CGR070US, in furtherance of the intent to distribute the GHB.

Respectfully submitted,

MATTHEW D. ORWIG
United States Attorney

  /s/
JOHN L. RATCLIFFE
Assistant United States Attorney

Certificate of Service

    I hereby certify a true and correct copy of the foregoing was served by electronic filing by CM/ECF to Mr. Michael Curran, 2780 W. Virginia Pkwy, Suite 401, McKinney, TX 75071 on this the 20th day of April, 2005.

/s/

JOHN L. RATCLIFFE