**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 28 2005

DAVID J. MALAND, CLERK
BY
DEPUTY _____

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | Criminal No. 4:05CR35<br>Judge Brown |
| JON ADAM STANLEY | § | |

### FACTUAL STATEMENT

The defendant, JON ADAM STANLEY, hereby stipulates and agrees that the following facts were true:

A.   WITH RESPECT TO COUNT TWO OF THE INDICTMENT:

1.   On or about July 10, 2004, in the Eastern District of Texas, I, JON ADAM STANLEY, knew that I possessed a firearm, namely a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number CGR070US, while I was also in possession with intent to distribute a mixture or substance containing a detectable amount of Gamma Hydroxybutyrate (GHB), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). I possessed this firearm with the object to further my distribution of the GHB.

2.   The firearm described in Paragraph 1 functioned as designed by the manufacturer and was not manufactured in the State of Texas and, therefore, had traveled in interstate commerce.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual statement and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of Title 18, United States Code, Section 924(c)(1).



Dated: 4/19/05

JON ADAM STANLEY
DEFENDANT

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual statement and have reviewed it with my client, JON ADAM STANLEY. Based upon my discussions with my client, I am satisfied that he understands the factual statement.

MICHAEL CURRAN
ATTORNEY FOR DEFENDANT